# Exhibit A

**ORDINANCE 669**
**VILLAGE OF ELKHART LAKE**
**SHEBOYGAN COUNTY, WISCONSIN**

**AN ORDINANCE RESTRICTING CERTAIN ARTIFICIAL WAKE ENHANCEMENT**

**WHEREAS,** in the interest of public health, safety, and/or welfare, including the public's interest in preserving natural resources, the Village of Elkhart Lake ("Village") has the authority to enact ordinances covering waters within its jurisdiction if the ordinances are not contrary to or inconsistent with Chapter 30, Wis. Stats., and they relate to the equipment, use, or operation of boats or to any activity regulated by Sections. 30.60 to 30.71, Wis. Stats.; and

**WHEREAS**, Elkhart Lake is a lake with shoreline in the Village; and

**WHEREAS,** artificially enhanced wakes can cause environmental damage to lakes and lakeshore, including resuspension of sediment adding nutrients to the water and increased risk of algal blooms, turbidity, shoreline erosion, and threats to aquatic life and waterfowl; and

**WHEREAS,** boats with ballast systems increase the likelihood of aquatic invasive species being introduced and spread on lakes; and

**WHEREAS,** artificially enhanced wakes can damage shoreline, lake bottom, moored boats, and shoreline structures including docks; and

**WHEREAS,** operating boats in a stern down manner creates downward prop wash, disturbing the lake bottom far below the wave zone, more than 25 feet below the surface; and

**WHEREAS,** artificially enhanced wakes can endanger swimmers, anglers, and other watercraft; and

**WHEREAS,** the use of ballast and wake enhancing fins can cause unsafe operation by causing the bow to rise obscuring vision forward; and

**WHEREAS,** the Village of Elkhart Lake submitted a draft of this ordinance to the Wisconsin DNR for advisory review at least 60 days prior to passage, pursuant to 30.77(3)(d), Wis. Stats.; and

**WHEREAS**, the Village of Elkhart Lake Board of Trustees, after considering public comments and any DNR suggestions, determines that adopting this Ordinance is consistent with all other ordinances of the Village and would promote the public health, safety and welfare, including the public's interest in preserving natural resources;

**NOW, THEREFORE,** the Board of Trustees of Elkhart Lake, Sheboygan County, Wisconsin, does hereby ordain as follows:

**Section 1.  Applicability and Enforcement:** The provisions of this ordinance shall apply to Elkhart Lake which has a portion of its shoreline in the Village of Elkhart Lake and the entire remainder in the Town of Rhine.

This ordinance shall be enforced by all officers of the Village of Elkhart Lake and all other individuals empowered to enforce ordinances in this Village.

## Section 2.  Certain Artificial Wake Enhancement Prohibited

**(1)    Prohibited Equipment**.  No person may use or employ ballast tanks, ballast bags or fins to cause a boat to operate in a bow-high manner, or which increases or enhances a boat's wake.

**(2)    Prohibited Operation**. No person may operate a boat in an artificially bow-high manner having the effect of increasing the boat's wake. Such prohibited operation shall include wake enhancement by use of ballast tanks, or ballast bags or fins, or continuous operation at transition speed (the speed below planing speed in which a boat is operating in plowing mode). For the purpose of this provision, "continuous operation" shall mean operation that is not acceleration for the purpose of achieving a state of planing."

**(3)    Certain Operations Excluded.**  In no event shall any of the following operations be deemed a violation of this Ordinance, provided such operations do not use or employ ballast tanks, ballast bags or wake enhancing fins: i) water skiing, ii) tubing, iii) wake boarding employing a tow rope; iv) brief transition operation to empty a boat of bilge water, or v) brief transition operation of a boat accelerating into a planing condition.

## Section 3.    Penalty.

**(1)**    Wisconsin state boating penalties as found in s. 30.80, Wis. Stats., and deposits established in the Uniform Deposit and Bail Schedule established by the Wisconsin Judicial Conferences, are hereby adopted by reference, except all references to fines are amended to forfeitures and all references to imprisonment are deleted.

**(2)**    To the extent that the penalty for any violation of this Ordinance is not provided under Wisconsin state boating penalties as found in s. 30.80, Wis. Stats., any person violating this Ordinance shall forfeit $500 for the first offense and shall forfeit $1000 for the second and subsequent offenses within one year.  Deposits established in the WISCONSIN CIRCUIT COURT FEE, FORFEITURE, FINE AND SURCHARGE TABLES shall also apply to any violation.

**Section 4.    Severability**. Should any portion of this Ordinance or the affected Code Section(s) be held invalid by a court of competent jurisdiction, the remainder shall not be affected.

**Section 5.    Effective Date**. This ordinance shall take effect after publication and posting as required.

Enacted:  **_____, 2025**        **VILLAGE OF ELKHART LAKE**

Attest:
Adopted and approved this
___day of _____ 2025

_____
Lynn Shovan, President

_____          _____
Jessica Reilly, Clerk                    Terri Knowles, Trustee

**CLERK'S CERTIFICATE OF ENACTMENT**

I hereby certify that the foregoing Ordinance was duly enacted by the Village of Elkhart Lake Board of Trustees on the date indicated above.

Dated: _____, 2025                    _____

_____, Village Clerk

Published/Posted on _____, 2025 by _____.