# Exhibit B



To: Wisconsin Watersports Coalition
18814 Twin Bay Lane
Kiel,WI 53042

Wake for Warriors is a 501(c)(3) all-volunteer nonprofit organization dedicated to supporting veterans and their families through the transformative power of water sports. Our mission is to provide therapeutic experiences that foster physical and emotional healing for those who have sacrificed so much for our country.

Our events are open to both veterans and active-duty military personnel, with priority given to those who have sustained service-related injuries. Participants often live with physical disabilities, PTSD, traumatic brain injuries, or other conditions resulting from their service.

A key way we fulfill our mission is through wake surfing events held across the country, including in the Midwest. We've found wake surfing to be a safe, accessible, and profoundly healing activity that brings joy and a renewed sense of normalcy to our participants.

The smiles we see on the water speak volumes about the impact.

As we consider hosting future events in Wisconsin, we want to note that we do not schedule events in towns, villages, or cities that have enacted "enhanced wake" or wake surfing bans. These restrictions prevent us from offering the full experience that is so essential to the healing journey of the veterans we serve.

Thank you for your interest in bringing Wake for Warriors to Wisconsin. While we would love to expand our presence in the state, current wake surfing bans in certain areas make that regrettably unfeasible at this time

Sincerely,
David Deep

Wake for Warriors is a registered 501 (C) 3 nonprofit organization. Founded by combat veterans and all volunteer since 2012. EIN:46-2605668