# Exhibit C

| Boat Model | Purchase Price | Surf Equipment Total | Boat Lift Purchase Price |
|---|---|---|---|
| Nautique | $73,000.00 | $1,500.00 | $11,000.00 |
| Mastercraft | $134,280.00 | $2,583.00 | $15,407.66 |
| Malibu | $115,000.00 | $2,630.00 | $9,800.00 |
| Mastercraft | $124,776.00 | $1,255.00 | $10,500.00 |
| Other/Unlisted | $25,000.00 | $2,010.00 | |
| Nautique | $120,000.00 | $1,500.00 | $12,000.00 |
| Mastercraft | $179,587.36 | | $19,878.00 |
| Malibu | $75,000.00 | $1,000.00 | $25,000.00 |
| Mastercraft | $253,171.00 | | $34,536.00 |
| Axis | $65,000.00 | $1,000.00 | $25,000.00 |
| Tige | $115,000.00 | | $17,000.00 |
| Mastercraft | $80,000.00 | | $10,000.00 |
| Malibu | $89,498.50 | | $8,281.35 |
| Malibu | $135,000.00 | $3,800.00 | |
| | | | |
| Total: | $1,584,312.86 | $17,278.00 | $198,403.01 |